# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTO CARE WARRANTY SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 20-cv-04801<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Heather M. McShain |

## JOINT NOTICE OF SETTLEMENT

Now come the Plaintiff, George Moore on behalf of himself and others similarly situated, and Defendant Auto Care Warranty Solutions, LLC, (collectively, "the parties"), by their respective counsel, and hereby notify the Court that the parties have reached a settlement in principle, pending the completion and execution of a formal, mutually agreeable written settlement agreement.

The parties respectfully request that the Court stay all applicable deadlines in this matter pending the parties' completion and execution of the aforementioned written settlement agreement. After completion and execution of the settlement agreement and in accordance with the terms therewith, Plaintiff will file a Notice of Dismissal.

GEORGE MOORE on behalf of himself
and others similarly situated

By: */s/ Anthony I. Paronich*
    Anthony I. Paronich, #MA678437
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    anthony@paronichlaw.com

AUTO CARE WARRANTY SOLUTIONS, LLC

By: */s/ Hellin Jang*
    Hellin Jang, #62864709
    Dykema Gossett PLLC
    10 S. Wacker Drive, Suite 2300
    Chicago, IL 60606
    hjang@dykema.com